IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:  Reassignment of Cases to the Docket of
     District Judge Sarah D. Morrison

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Sarah D. Morrison.

IT IS SO ORDERED.

July 1, 2019

_____
Honorable Edmund A. Sargus, Jr.
Chief Judge United States District Court

| Case Number | Caption |
| --- | --- |
| 2:18-cv-01255-ALM-EPD | Carringer v. Select Specialty Hospital - Columbus, Inc. et al |
| 2:18-cv-01341-ALM-KAJ | Miller v. Charter Nex Films - Delaware, OH, Inc. et al |
| 2:18-cv-01342-ALM-EPD | Jones v. Home Care Assistance of Central Ohio, LLC et al |
| 2:18-cv-01383-ALM-EPD | BJ's Electric, Inc. v. The Cherokee 8A Group, Inc. et al |
| 2:18-cv-01406-ALM-CMV | Walker v. Wal-Mart Stores Inc. |
| 2:18-cv-01525-ALM-EPD | Dream Big Energy, LLC v. Eclipse Resources - Ohio, LLC |
| 2:18-cv-01731-ALM-EPD | Barrett v. JP Morgan Chase, N.A. et al |
| 2:18-cv-01732-ALM-CMV | Yu v. UNITED STATES POSTAL SERVICE |
| 2:18-cv-01769-ALM-EPD | Johnson v. Commissioner of Social Security |
| 2:18-cv-01775-ALM-KAJ | Hastings v. Hartford Life and Accident Insurance Company |
| 2:19-cv-00076-ALM-EPD | HGCI, Inc. et al v. Advanced Nutrients Ltd. et al |
| 2:19-cv-00137-ALM-KAJ | Capital Wholesale Drug Company v. Inceptua, Inc. |
| 2:19-cv-00223-ALM-KAJ | Moscoso v. Warden Southeastern Correctional Institution |
| 2:19-cv-00275-ALM-CMV | Sims v. USA |
| 2:19-cv-00497-ALM-EPD | Allen v. CoreCivic, Inc. et al |
| 2:19-cv-00515-ALM-EPD | Ransom v. Commissioner of SSA |
| 2:19-cv-00624-ALM-KAJ | DeCapua Enterprises, Inc. v. DLR Distributors, Inc. |
| 2:19-cv-00711-ALM-CMV | Walburn et al v. Lend-A-Hand Services, LLC et al |
| 2:19-cv-00717-ALM-EPD | Silknitter v. Haviland |
| 2:19-cv-00794-ALM-CMV | Joe Hand Promotions Inc v. Wettee, et al |
| 2:19-cv-00804-ALM-KAJ | Antero Resources Corporation v. Tejas Tubular Products, Inc. et al |
| 2:19-cv-00808-ALM-CMV | Adams et al v. Frontier Railroad Services, LLC |
| 2:19-cv-00976-ALM-EPD | Ari Investments II LLC v. MCF Capital, Inc. |
| 2:19-cv-01032-ALM-CMV | Wagner v. Riethweil Chili LLC, et al |
| 2:19-cv-01049-ALM-KAJ | England v. City of Columbus et al |
| 2:19-cv-01072-ALM-CMV | Creed v. Hartford Life and Accident Insurance Company |
| 2:19-cv-01154-ALM-CMV | Reed v. Life Insurance Company of North America, dba CIGNA Group |
| 2:19-cv-01224-ALM-EPD | Chapman v. Credence Resource Management, LLC |
| 2:19-cv-01339-ALM-EPD | Morris v. Shaw, et al |
| 2:19-cv-01475-ALM-CMV | Slyh, et al. v. Jones, et al. |
| 2:19-cv-01577-ALM-KAJ | Wilson v. Blue Ridge Contractors, LLC |
| 2:19-cv-01743-ALM-KAJ | Cardinal Services, Inc. v. Cardinal Staffing Solutions LLC |
| 2:19-cv-01848-ALM-KAJ | Nationwide Affordable Housing Fund 4, LLC et al v. Urban 8 Danville |
| 2:19-cv-01915-ALM-CMV | Hunley v. Warden Marion Correctional Insitution |
| 2:19-cv-02026-ALM-CMV | UATP Management, LLC v. Price |
| 2:19-cv-02062-ALM-CMV | Headspeth et al v. TPUSA, Inc |
| 2:19-cv-02225-ALM-EPD | Dufrene v. Dietz Management Company |
| 2:19-cv-02366-ALM-CMV | Clark v. Electrolux Home Products, Inc. et al |
| 2:19-cv-02378-ALM-EPD | Wilson, et al. v. Resitech Construction, LLC |
| 2:19-cv-02429-ALM-CMV | Heifferon v. Ohio State University |