# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES ENGLAND, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF COLUMBUS, et al., <br><br> Defendants. | Case No. 2:19-cv-1049 <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Kimberly A. Jolson <br><br> **NOTICE OF APPEARANCE** |

Defendants City of Columbus, Keith Abel, Douglas Fulwider, Amando Dungey, and Kenneth Griffis hereby give notice to the Court and to Plaintiff James England that Assistant City Attorney Andrew D.M. Miller (0074515) is appearing as their attorney of record in this matter and will be serving as their trial counsel. Please include him on all filings and correspondence related to this civil action or the subject matter of this civil action.

Respectfully submitted,

*/s/ Andrew D.M. Miller*

Andrew D.M. Miller (0074515)
*Assistant City Attorney*
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Fourth Floor
Columbus, Ohio 43215
(614) 645-6947 / (614) 645-6949 (fax)
admmiller@columbus.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on **August 14, 2019**, he electronically filed the foregoing (and any exhibits referenced therein) with the Clerk of this Court by using the Court's e-Filing System, which will send notice of the electronic filing(s) to counsel of record for all other parties to these proceedings.

*/s/ Andrew D.M. Miller*
Andrew D.M. Miller (0074515)