# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| JAMES J. ENGLAND, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF COLUMBUS, OHIO, et al.., <br><br> Defendants. | Case No. 2:19-cv-1049 <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Kimberly A. Jolson <br><br> **SIPULATION FOR AND EXTENSION OF TIME TO MOVE OR PLEAD** |

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and Southern District of Ohio Civil Rule 6.1(a), the parties hereto stipulate to extension of time in for Defendants to move or plead in response to Plaintiff's complaint. On August 12 2019, Plaintiff requested a waiver service from Defendants, and Defendant waived service on August 14, 2019. See WAIVERS (R.5 #58–62). Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), the current deadline for Defendants to move or plead in response to Plaintiff's complaint is October 11, 2019. With this stipulation, Defendants' responsive pleading will be due on or before **November 1, 2019**. No prior stipulate extensions have been requested by—or granted to—any party, and this stipulated extension does not exceed 21 days.

| | |
|---|---|
| Respectfully submitted, <br> */s/ C.C.A\** <br> Jennifer L. Routte (0085204) <br> C. Christopher Alley (0086182) <br> ROUTE LAW, LLC <br> 142 Granville Street <br> Granville, Ohio 43230 <br> (614) 475-7008 / (614) 472-4155 (fax) <br> Jen.Routte@routtelaw.com <br> Chris.ALley@routtelaw.com <br><br> Attorneys for Plaintiff | Respectfully submitted, <br> */s/ Andrew D.M. Miller* <br> Andrew D.M. Miller (0074515) <br> *Assistant City Attorney* <br> CITY OF COLUMBUS, DEPARTMENT OF LAW <br> ZACH KLEIN, CITY ATTORNEY <br> 77 North Front Street, Columbus, Ohio 43215 <br> (614) 645-6947 / (614) 645-6949 (fax) <br> admmiller@columbus.gov <br><br> Attorney for Defendants |

\* By ADMM per email authority granted 10/11/19.

**CERTIFICATE OF SERVICE**

I hereby certify that, on **October 11, 2019**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

*/s/ Andrew D.M. Miller*

Andrew D.M. Miller (0074515)