**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **James England,** | : | Case No. 2:19-cv-1049 |
| | : | |
| **Plaintiff,** | : | Judge: Sarah D. Morrison |
| v. | : | |
| | : | Notice of Substitution of Counsel |
| **City of Columbus, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiff James England respectfully gives notice that attorneys Jacqueline Greene and Alphonse A. Gerhardstein are substituting for attorney Jo Kaiser in the above-captioned case. Please cause the Court's records to reflect this appearance and direct all future mailings to Jacqueline Greene and Alphonse A. Gerhardstein and to co-counsel Jennifer L. Routte and C. Christopher Alley.

            Respectfully submitted,

            */s/ Jacqueline Greene*
            Jacqueline Greene (0092733)
            Attorney for Plaintiff
            FRIEDMAN & GILBERT
            50 Public Square, Suite 1900
            Cleveland, Ohio 44113
            P (216) 241-1430
            F (216) 621-0427
            jgreene@f-glaw.com

            /s/ Alphonse A. Gerhardstein
            Alphonse A. Gerhardstein (0032053)
            Attorney for Plaintiff
            GERHARDSTEIN & BRANCH
            441 Vine Street, Suite 3400
            Cincinnati, OH 45202
            Phone: (513) 621-9100
            Fax: (513) 345-5543
            agerhardstein@gbfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Jacqueline Greene
Attorney for Plaintiff
