**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **James England,** | : | Case No.  2:19-cv-1049 |
| | : | |
| **Plaintiff,** | : | Judge:  Sarah D. Morrison |
| v. | : | |
| | : | Notice of Appearance |
| **City of Columbus, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiff gives notice that Alphonse A. Gerhardstein enters his appearance as attorney for the Plaintiff in this action.

        Respectfully submitted,

        /s/ Alphonse A. Gerhardstein
        Alphonse A. Gerhardstein (0032053)
        Attorney for Plaintiff
        GERHARDSTEIN & BRANCH
        441 Vine Street, Suite 3400
        Cincinnati, OH 45202
        Phone: (513) 621-9100
        Fax: (513) 345-5543
        agerhardstein@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice

of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Alphonse A. Gerhardstein  
Attorney for Plaintiff