IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JAMES ENGLAND**, | **CASE NO.   2:19-cv-1049** |
| Plaintiff, | |
| -vs- | **JUDGE SARAH D. MORRISON** |
| **CITY OF COLUMBUS, et al.**, | **MAG. JUDGE KIMBERLY A. JOLSON** |
| Defendants. | |

**NOTICE OF MANUAL FILING OF EXHIBITS 1-3 TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Now comes Plaintiff, by and through counsel, and hereby gives notice to the Clerk of the United States District Court, Southern District of Ohio, that Plaintiff has manually filed a copy of a USB flash drive containing the following in support of his Opposition to Defendants' Motions for Summary Judgment:

Pl. Ex. 1    Audio Recording – Interview of Douglas Fulwider

Pl. Ex. 2    Audio Recording – Interview of Amando Dungey

Pl. Ex. 3    Audio Recording – Interview of Kenneth Griffis

                                                    Respectfully Submitted,

                                                    */s/ M. Caroline Hyatt*
                                                    Jacqueline Greene (0092733)
                                                    Alphonse A. Gerhardstein (0032053)
                                                    M. Caroline Hyatt (0093323)
                                                      FRIEDMAN, GILBERT + GERHARDSTEIN
                                                    441 Vine Street, Suite 3400
                                                    Cincinnati, Ohio 45202
                                                    T: 513-572-4200
                                                    F: 216-621-0427
                                                    jacqueline@FGGfirm.com



EXHIBIT
Pl. Ex. 1-3

al@FGGfirm.com
caroline@FGGfirm.com

Sarah Gelsomino (0084340)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com

Jennifer L. Routte (0085204)
C. Christopher Alley (0086182)
ROUTTE LAW, LLC
142 Granville Street
Gahanna, OH 43230
T: 614-475-7008
F: 614-472-4155
Jen.Routte@routtelaw.com
Chris.Alley@routtelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ M. Caroline Hyatt*
M. CAROLINE HYATT
*One of the Attorneys for Plaintiff*